**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
LANCE JAKELL HENDERSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>LANCE JAKELL HENDERSON,<br><br>   Defendant | **Case No.:** 1:23-CR-00024-NODJ-BAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO CHANGE OF PLEA** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, LANCE JAKELL HENDERSON, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the status conference currently set for Wednesday, March 27, 2024, be set as a Change of Plea Hearing for Monday June 3, 2024, at 8:30a.m.

Counsel is requesting a continuance due to scheduling and filing the appropriate paperwork prior to said hearing. I have spoken to AUSA Laurel Montoya, and she has no objection to continuing the status conference to set the Change of Plea Hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it

1  results form a continuance granted by the Court at defendant's request on the basis of the Court's

2  finding that the ends of justice served by taking such action outweigh the best interest of the

3  public and the defendant in a speedy trial.

7  **IT IS SO STIPULATED.**

8  Respectfully Submitted,

9  DATED: March 19, 2024                 */s/ Alexia Torres Stallings*
                                          ALEKXIA TORRES STALLINGS
10                                        Attorney for Defendant
                                          LANCE JAKELL HENDERSON
11

13 DATED: March 19, 2024                  */s/ Laurel Montoya*
                                          LAUREL MONTOYA
14                                        Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that the status conference set for March 27, 2024, is vacated. A change of plea hearing is set for **June 3, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV).

IT IS SO ORDERED.

Dated:   **March 20, 2024**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE