**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
LANCE JAKELL HENDERSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LANCE JAKELL HENDERSON,<br><br>  Defendant | Case No.: 1:23-CR-00024-NODJ-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DISTRICT COURT JUDGE AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, LANCE JAKELL HENDERSON, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requests the sentencing hearing currently set for Tuesday, December 17, 2024, be continued to Monday, February 10, at 8:30 a.m.

Counsel is requesting a continuance because she is currently engaged in Jury Trial in the matter of, *People v. Jesus Perez,* BF193408B. Counsel will require additional time to prepare a sentencing memorandum on behalf of Mr. Henderson. I have spoken to AUSA Laurel Montoya, and she has no objection to continuing the sentencing hearing. The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by

the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: December 9, 2024

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
LANCE JAKELL HENDERSON

DATED: December 9, 2024

*/s/ Laurel Montoya*
LAUREL MONTOYA
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the sentencing hearing be continued from December 17, 2024 to **February 10, 2025, at 8:30 a.m. before the District Court Judge**.

IT IS SO ORDERED.

Dated: **December 10, 2024**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE