**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
ALEKXIA TORRES STALLINGS, SBN 296418
1318 K Street
Bakersfield, CA 93301
(661) 326-0857
(661) 326-0936
Email: lextorres@lawtorres.com

Attorney for Defendant

LANCE JAKELL HENDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANCE JAKELL HENDERSON,<br><br>Defendant. | No. 1:23-CR-00024-WQH-BAM-1<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ALEKXIA TORRES STALLINGS AS ATTORNEY OF RECORD AND ORDER** |

On February 2, 2023, Defendant Lance Jakell Henderson was indicted on federal charges. CJA Panel Attorney Alekxia Torres Stallings was appointed as trial counsel to represent Mr. Henderson on January 26, 2023, in his criminal case. Mr. Henderson was sentenced pursuant to a Plea Agreement on February 25, 2025. The time for filing a direct appeal was 14 days. No direct appeal was filed. Mr. Henderson was in custody at the time of sentencing. The trial phase of Mr. Henderson's criminal case has, therefore, come to an end. Having completed her representation of

Mr. Henderson, CJA attorney Alekxia Torres Stallings now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Henderson require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: May 1, 2025                          Respectfully submitted,


                                      /s/*Alekxia Torres Stallings*
                                      Alekxia Torres Stallings,
                                      Attorney for Defendant
                                      Lance Jakell Henderson

## ORDER

Having reviewed the notice and found that attorney Alekxia Torres Stallings has completed the services for which he was appointed, the Court hereby grants attorney Torres Stallings's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Lance Jakell Henderson at the following address and to update the docket to reflect Defendant's pro se status and contact information.

LANCE JAKELL HENDERSON | REGISTER NUMBER: 40953-510
USP BEAUMONT
U.S. PENITENTIARY
P.O. BOX 26030
BEAUMONT, TX 77720

**IT IS SO ORDERED.**

Dated: May 2, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE